RUAMA CLARK, as Administratrix, etc., Respondent, *v.* SUSAN
M. CORWIN et al., as Executors, etc., Appellants.

(Argued December 14, 1891; decided January 20, 1892.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made July 2, 1891, which affirmed an order of Special Term allowing plaintiff costs.

*Gilbert O. Hulse* for appellants.

*William F. O'Neill,* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.